UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEAGUE OF WILDERNESS DEFENDERS/BLUE MOUNTAIN BIODIVERSITY PROJECT,**<br>          **Plaintiff,**<br>     vs.<br><br>**U.S. FOREST SERVICE, and KENT CONNAUGHTON, Regional Forester, Pacific Northwest Region of the U.S. Forest Service, in his official capacity**<br><br>          **Defendants.** | Case No. 3:10-cv-01397-SI<br><br>**[PROPOSED]**<br>**SCHEDULING ORDER ON REMEDIES BRIEFING** |

The parties have agreed and the Court ORDERS:

Plaintiff will file on or before August 30, 2012; any motion, and brief in support, pertaining to the relief to granted in light of the Amended Opinion and Order entered August 10, 2012 (DN 60); Federal Defendants will file any response brief on or before September 20, 2012; and Plaintiff will file any reply brief on or before October 1, 2012.

     Dated August ___, 2012.

 

                                                                                                                   _____<br>
                                                                                                                   Michael H. Simon<br>
                                                                                                                    United States District Judge

APPROVED:

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division


___/s/ Kent E. Hanson_____
JASON A. HILL
KENT E. HANSON
U.S. Department of Justice
Environment and Natural Resources Division
601 D St. NW
Washington, DC 20004
Tel: 202-305-0428; 206-220-4198
Fax: 202-305-0267
jason.hill2@usdoj.gov
kent.hanson@usdoj.gov

DWIGHT C. HOLTON
U.S. Attorney, District of Oregon
STEPHEN J. ODELL
Assistant U.S. Attorney
1000 SW 3rd Ave., Suite 600
Portland, OR 97204-2902
Tel: 503-727-1024
Fax: 503-727-1117

ATTORNEYS FOR DEFENDANTS


___/s/ Tom Buchele_____
TOM BUCHELE, OSB #81560
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
Tel: 503-768-6736
Fax: 503-768-6642
tbuchele@lclark.edu

R. SCOTT JERGER, OSB #02337
Field Jerger L.L.P.
621 SW Morrison St., Ste. 1225
Portland, OR 97205
Tel: 503-228-9115
Fax: 503-225-0276
scott@fieldjerger.com

ATTORNEYS FOR PLAINTIFFS


CASE NO. **3:10-cv-01397-SI**
JT. SCHEDULING ORDER - 2